DEC 9 2024 AM 7:50
RCV'D - USDC G'VILLE SC

To whom this May concern i would like a copy of My Docket Sheet & i would like to kno how Much it would be To buy My Sentencing transcript

Thnk you
Jahid A. warden
#93340-510